UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON STAFFORD BENJAMIN,<br><br>     Petitioner,<br><br>v.<br><br>FRANCISCO QUINTANA,<br><br>     Respondent. | Case No. CV 10-8986 JFW(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

     IT IS HEREBY ORDERED that the Petition is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and that the Petition and this action be dismissed without prejudice for lack of jurisdiction.

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment on petitioner and on any counsel for respondent.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 20, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE