JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLON STAFFORD BENJAMIN, | ) | Case No. CV 10-8986 JFW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FRANCISCO QUINTANA, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 (the "Petition") is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and that the Petition and this action be dismissed without prejudice for lack of jurisdiction.

DATED: January 20, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE